27186-09

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HANOVER INSURANCE COMPANY * | | |
| versus * | CIVIL ACTION NO. 08-777 | |
| LATTER & BLUM PROPERTY MANAGEMENT * INC., HILLAR C. MOORE, JR., and DESIREE FORD, Individually and on behalf of the minor * children, TERRIONA FORD and TERRY FORD * | SECTION " F " MAGISTRATE 1 | |

\* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO DISMISS**

**NOW INTO COURT,** through undersigned counsel, comes Latter & Blum Property Management, Inc., a Louisiana corporation licensed to and doing business in the State of Louisiana who respectfully files this Motion to Dismiss the Complaint for Declaratory Judgment filed by Hanover Insurance Company on or about January 29, 2008, pursuant to F.R.C.P. 12.  The basis for Latter & Blum Property Management, Inc.'s Motion to Dismiss is that there exists pending litigation in the Civil District Court for Parish of Orleans, State of Louisiana, that has been ongoing since August 23, 2007, and said litigation will dispose of all

1

issues, including any coverage issues for which Hanover Insurance Company brings in this declaration action.

   **WHEREFORE,** defendant, Latter & Blum Property Management, Inc., prays that this Honorable Court dismiss the Complaint for Declaratory Judgment filed by Hanover Insurance Company for the reasons stated above and the reasons stated in the attached Memorandum in Support of Motion to Dismiss.

            Respectfully submitted,

_____
**BRIAN D. KATZ** (Bar No. 24137)
*Herman Herman Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
**TELEPHONE:** (504) 581-4892
**FAX:** (504) 561-6024
**E-MAIL:** bkatz@hhkc.com
**ATTORNEY FOR DEFENDANT, LATTER & BLUM PROPERTY MANAGEMENT, INC.**