27186-09

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HANOVER INSURANCE COMPANY | * | |
| versus | * | CIVIL ACTION NO. 08-777 |
| LATTER & BLUM PROPERTY MANAGEMENT INC., HILLAR C. MOORE, JR., and DESIREE FORD, Individually and on behalf of the minor children, TERRIONA FORD and TERRY FORD | * * | SECTION " F " <br><br> MAGISTRATE 1 |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:  HANOVER INSURANCE CO.,
through its attorneys of record,
**MATTHEW J. UNGARINO, ESQ.**
**WAYNE MALDONADO, ESQ.**
3950 N. Causeway Blvd., Suite 1280
Metairie, Louisiana 70002


**PLEASE TAKE NOTICE** that defendant's Motion to Dismiss Declaratory Judgment

filed by Hanover Insurance Company will be scheduled for hearing before the Honorable Martin

Feldman, United States District Judge, United States District Court for the Eastern District of

Louisiana, 500 Camp Street, New Orleans, Louisiana on the 23rd day of April, 2008, at 10:00 A.M., or as soon thereafter as counsel can be heard.

Respectfully submitted,

_____
BRIAN D. KATZ (Bar No. 24137)
*Herman Herman Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
TELEPHONE:     (504) 581-4892
FAX:           (504) 561-6024
E-MAIL:        bkatz@hhkc.com
**ATTORNEY FOR DEFENDANT, LATTER & BLUM PROPERTY MANAGEMENT, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **March 28, 2008**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

MATTHEW J. UNGARINO, ESQ.
WAYNE MALDANATO, ESQ.

_____
BRIAN D. KATZ (Bar No. 24137)
*Herman Herman Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
TELEPHONE:     (504) 581-4892
FAX:           (504) 561-6024
E-MAIL:        bkatz@hhkc.com
**ATTORNEY FOR DEFENDANT, LATTER & BLUM PROPERTY MANAGEMENT, INC.**