27186-09

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HANOVER INSURANCE COMPANY | * | |
| versus | * | CIVIL ACTION NO. 08-777 |
| LATTER & BLUM PROPERTY MANAGEMENT INC., HILLAR C. MOORE, JR., and DESIREE FORD, Individually and on behalf of the minor children, TERRIONA FORD and TERRY FORD | * * | SECTION " F " MAGISTRATE 1 |
| * * * * * * * * * * * | | |

## REPLY MEMORANDUM

**MAY IT PLEASE THE COURT:**

Defendant, Latter & Blum Property Management, Inc., files this Reply Memorandum to the Response of plaintiff, Hanover Insurance Company (hereinafter "Hanover"), to Latter & Blum's Motion to Dismiss.

Hanover's argument centers around the fact that it is not a party to the state court litigation. However, as Hanover is well aware, plaintiff has named "DEF Insurance Company," a foreign insurance company authorized to do business in Louisiana, which, at all times, had in full force and effect a policy of liability insurance covering the actions of Latter & Blum

Property Management, Inc. complained of in the Petition." (See Petition for Damages, Exhibit "A" to the Motion t Dismiss.) Therefore, while Hanover may not be formally named, Hanover is a party to the state court litigation as DEF Insurance Company.

**WHEREFORE,** defendant prays that this Honorable Court grant the Motion to Dismiss for the reasons stated herein and in the Memorandum in support of Motion to Dismiss, and that it dismiss the declaratory judgment action filed by Hanover Insurance Company.

Respectfully submitted,

s/ BRIAN D. KATZ
**BRIAN D. KATZ** (Bar No. 24137)
*Herman Herman Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
**TELEPHONE:**   (504) 581-4892
**FAX:**   (504) 561-6024
**E-MAIL:**   bkatz@hhkc.com
**ATTORNEY FOR DEFENDANT, LATTER & BLUM PROPERTY MANAGEMENT, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April _____, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

        **MATTHEW J. UNGARINO, ESQ.**
        **WAYNE MALDANATO, ESQ.**

                              s/ BRIAN D. KATZ
        **BRIAN D. KATZ** (Bar No. 24137)
        *Herman Herman Katz & Cotlar, L.L.P.*
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        **TELEPHONE:**   (504) 581-4892
        **FAX:**   (504) 561-6024
        **E-MAIL:**   bkatz@hhkc.com
        **ATTORNEY FOR DEFENDANT, LATTER & BLUM PROPERTY MANAGEMENT, INC.**